UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBIN ROBINSON | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06CV171 (HHK) |
|  | ) | |
| U.S. MARSHALS SERVICE, ET AL. | ) | |
|  | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and the U.S. Attorney's Office for the District of Columbia as counsel for the Federal Defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing Defendant's Notice of Appearance has been made via mail or electronic filing to:

    Robin Robinson
    Reg. No. 19923-009
    United States Penitentiary
    Lee County
    P.O. Box 305
    Jonesville, VA 24263

this 27th day of April, 2006.

                                                     KAREN L. MELNIK
                                                     Assistant United States Attorney
                                                     U.S. Attorney's Office for the
                                                     District of Columbia
                                                     555 Fourth Street, N.W.
                                                     Washington, DC  20530
                                                     (202) 307-0338