UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>U.S. MARSHALS SERVICE, et al., )<br> )<br>    Defendants. )<br>_____) | Case No. 06CV171 (HHK) |

**ORDER**

UPON CONSIDERATION of Federal Defendant's motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that the Federal Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case be dismissed, with prejudice, as to the United States Marshals Service.

_____
UNITED STATES DISTRICT COURT

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

Robin Robinson
Reg. No. 19923-009
United States Penitentiary
Lee County
P.O.Box 305
Jonesville, VA.  24263