UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06CV171 (HHK) |
| U.S. MARSHALS SERVICE, et al., | ) |
| Defendants. | ) |

### DECLARATION OF SUPERVISORY DEPUTY U.S. MARSHAL JULIE SHEALEY

I, Julie Shealey, hereby declare and state as follows:

1. I am a Supervisory Deputy U.S. Marshal assigned to the District of Columbia Superior Court. I am responsible for overseeing the Prisoner Operations section of this office.

2. I am familiar with the matters alleged in the complaint filed herein. I have personal knowledge of the matters set out in this declaration and could competently testify thereto if called as a witness.

3. U.S. Marshals Service records indicate that prior to September 25, 2003, plaintiff was being held at the United States Penitentiary Lee in Jonesville, Virginia (a facility operated by the Federal Bureau of Prisons) on a sentence issued by the District of Columbia Superior Court.

4. On September 25, 2003, plaintiff was transferred to the physical custody of the District of Columbia Department of Corrections pursuant to a Writ of Habeas Corpus Ad Prosequendem, issued by the District of Columbia Superior Court for further criminal proceedings in the District of Columbia Superior Court.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Julie Shealey
Supervisory Deputy U.S. Marshal
District of Columbia Superior Court
500 Indiana Avenue, N.W., Room C-250
Washington, D.C. 20001

Executed on: 17 April, 2006