**Memorandum of Understanding (MOU) Among the United States Marshals Service (USMS), the District of Columbia Department of Corrections (DCDOC), the Federal Bureau of Prisons (BOP), and the U.S. Parole Commission (USPC) Regarding the Billable Housing Responsibilities with Respect to Felony District of Columbia Code Violators**

## I. Subject

This MOU defines the financial and operational responsibilities of the parties for housing, transporting, and handling Superior Court adult pretrial or sentenced felons, as well as probation/parole/supervised released violators and prisoners returning to the Superior Court on writ or subject to other commitment orders.

## II. Background/Scope

A.   With respect to the subject of billable housing responsibilities, this MOU further defines the specific responsibilities set forth in the MOU between the District of Columbia and the Office of Management and Budget, Executive Office of the President, pursuant to Council Resolution 12-116, the Memorandum of Understanding on the President's "National Capital Revitalization and Self-Government Improvement Plan" Emergency Resolution of 1997, signed May 14, 1997.

B.   This MOU does not address specific billing issues such as per diem rates, outside medical costs, or other details that are addressed in the Intergovernmental Agreement (IGA) between the USMS and the DCDOC. That IGA governs to the extent there is any inconsistency with this MOU. This MOU focuses only on the broader issues of assumption of responsibility with respect to housing of Superior Court felons by the respective agencies.

C.   Any local agreements between the USMS and the DCDOC must be approved by USMS Headquarters and DCDOC in order to ensure consistency with this MOU.

D.   BOP responsibilities for the acceptance of Superior Court felons are defined in IGA 582-01. National MOU 449 between the USMS and the BOP defines all other fiscal and operational responsibilities, including the responsibility for Superior Court felons arrested on parole violator warrants who are detained outside the District of Columbia.

E.   To the extent that federal space is available in DCDOC operated or controlled jail facilities, the USMS shall have priority use of such bed space.

F.   Throughout this MOU, all provisions that apply to or refer to persons charged with violating parole or who have had their parole revoked shall be deemed to include and apply in like fashion to all D.C. Superior Court felons charged with violating a term of supervised release or who have had a supervised release term revoked.

### III. DCDOC Responsibilities

A.  Pretrial/Presentence - All pretrial and/or presentenced felons or misdemeanants in Superior Court (DC Code) ordered to be detained will be held in the custody of the DCDOC. DCDOC will be responsible for the housing and subsistence of pretrial and presentenced detainees and all associated costs. No Superior Court prisoners in the status of pretrial or presentence will be billable to the USMS although reimbursement or offset to USMS may be necessary for any special custody cases accepted into USMS custody by agreement between USMS and DCDOC.

B.  Sentenced Felons - DCDOC will continue to provide housing for all Superior Court (DC Code) sentenced felons until a BOP facility is designated for them, and the USMS shall have a first right of refusal for that number of beds for at least 30 days thereafter, to the extent there is space available, pending transportation of these felons to a BOP-designated facility. The date of BOP's designation which appears on BOP's notification of designation will be the date from which housing costs are transferred from the DCDOC to the USMS. Notification of the designation date and determination will be provided to and maintained by both DCDOC and the USMS.

C.  Parole/Supervised Release Violators - If the sentencing jurisdiction leading to the current parole was the Superior Court (hereafter called a D.C. parole violator), DCDOC will be responsible for the housing and associated costs of parole/supervised release violators from the time of their detention in the District of Columbia until the final revocation hearing is held by the U.S. Parole Commission (USPC). In the event that a USPC expedited offer is accepted in lieu of a hearing, the date the offer is signed by the parole violator is deemed to be the day of the final hearing. It will be incumbent upon the USPC to notify all parties concerned, including the U.S. Attorney, DCDOC, D.C. Superior Court, the Court Services and Offender Supervision Agency (CSOSA), U.S. Probation Office and USMS, once the final revocation hearing has been completed or expedited offer has been signed. Notification of the date of the final hearing or of the signing of the expedited offer and the action taken are critical and will be provided in a form agreeable to the parties.

D.  Probation Violators - DCDOC will assume the housing and associated costs for all probation violators from the time of their detention in the District of Columbia until the final revocation hearing is held by the Superior Court.

E.  Dual Jurisdiction Cases - Inmates with cases and custody orders pending before both Superior and District Courts will initially be housed at the expense of the jurisdiction obtaining initial physical custody of the inmate. The financial responsibility of the second jurisdiction shall begin either from the date of sentencing or termination of the initial custody, or from the date of the final parole hearing, supervised release hearing or probation hearing in the initial case or matter, whichever occurs earliest.

F.    Medical Emergencies - DCDOC will assume responsibility for DC prisoners who become ill or injured while at Superior Court, District of Columbia, and require medical assistance and/or transport to a medical facility. The USMS Superior Court will provide initial response and accompaniment of these prisoners to the medical facility, however, DCDOC will provide relief of USMS personnel within two hours of notification of the incident. The DCDOC will assume all outside medical facility costs associated with these incidents and associated with any special custody DCDOC cases that may be accepted into the custody of the USMS. The USMS will be responsible for all outside medical costs incurred by U.S. District Court prisoners and by all Superior Court sentenced felons for whom the BOP has designated a facility. The USMS will be responsible for the same costs for parole violators housed in the DCDOC or a DCDOC contract facility incurred during that period of time when the parole violators are the USMS's responsibility to house them. The BOP will be responsible for all outside medical costs for these parole violators incurred during that period of time when the parole violators are the BOP's responsibility to house them.

G.    Other Commitments - Any other Superior Court commitments to the DCDOC (e.g. contempt of court, material witness, etc.) will be housed at the expense of the DCDOC.

H.    Writs/Superior Court Holds - All prisoners, including sentenced felons, revoked parolees and revoked probationers, who cannot be removed from DCDOC facilities on account of pending Superior Court detention holds including Superior Court ad prosequendum writs and Superior Court ad testificandum writs (the latter in either criminal or civil cases), will be housed at the expense of DCDOC.

I.    Juvenile Offenders - Juvenile offenders being prosecuted as adults will be housed by the DCDOC until they are sentenced, designated and, thereafter, on a space available basis, until they are transferred to an appropriate BOP facility or released from DCDOC. DCDOC will be responsible for the housing costs of juveniles being prosecuted as adults until the BOP designates facilities for them, at which time they are the financial responsibility of the USMS until transported to the appropriate BOP facility.

J.    Transportation for Pretrial/Presentenced Inmates - Inmates in the custody of DCDOC (i.e., pretrial/presentence inmates) being housed outside of the District of Columbia will be transported back to DCDOC by and/or at the expense of DCDOC.

K.    Release from Custody - The statutory authority to calculate felony sentences rests with the BOP. Accordingly, the BOP authorizes the immediate release of any inmate sentenced to a term of "time served" but only in that case for which the "time served" sentence was imposed. The DCDOC will be responsible for those releases, after a review for any additional charges, detainers, or other lawful holds.