UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. MARSHALS SERVICE, et al.,<br><br>　　　Defendants. | Civil Action No.  06-171 (HHK) |

## ORDER

　　　Defendant United States Marshals Service has filed a motion to dismiss the case. Plaintiff is proceeding *pro se*.  The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.   If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case as to this defendant.  *See  Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

　　　**ORDERED** that plaintiff shall respond to the motion to dismiss filed by the United States Marshals Service within 30 days of this Order.  If plaintiff does not respond by that date, the Court may treat the motion as conceded and enter judgment in favor of defendant.

　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　HENRY H. KENNEDY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:  May 1, 2006