UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN ROBINSON,                          :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :
                                         :        CV-06-0171 (HHK)
US MARSHALS SERVICE, <u>et al.</u>,      :
                                         :
        Defendants.                      :
_____:

## PARTIAL CONSENT MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia, by and through undersigned counsel, and with the consent of the co-defendant United States of America hereby moves this Court to grant an extension of time for filing an Answer or other response to the Complaint herein. As reasons therefore the District represents as follows:

1.      Plaintiff filed suit on or about January 31, 2006. On March 20, 2006, plaintiff filed an acknowledgement of service against the District of Columbia. According to the acknowledgement, the process server has "legal evidence of service." See Docket Entry # 10. However, plaintiff's "legal evidence" was not filed or presented to this Court.

2.      On or about May 8, 2006, undersigned counsel was assigned to represent the interests of the District of Columbia in this matter. Although there is no proof of personal service in this matter, undersigned expects to file a responsive pleading in this case by May 30, 2006, and moves for leave to do so in order to avoid a default being inadvertently entered in this case.

3.      Undersigned counsel also represents defendant Steve Smith whose answer is due on or about on or about May 30, 2006.

4.      Counsel has contacted the co-defendant, and the co-defendant indicates that there is no objection to the Court granting this Motion.

5.      Fed. R. Civ. P. 7(b)(1) provides that "application to the court for an order shall be by motion…"

6.      The District seeks leave to file a response to plaintiff's Complaint by May 30, 2006.

WHEREFORE, for the reasons stated herein, Defendant District of Columbia requests leave to file a response to the Complaint by May 30, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of Columbia
Civil Litigation Division


_____/s/_____
PATRICIA JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General, D.C.
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202) 724-7854; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN ROBINSON,                          :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :
                                         :        CV-06-171
US MARSHALS SERVICE, <u>et al.</u>,      :
                                         :
        Defendants.                      :
_____:

## <u>MEMORANDUM OF LAW IN SUPPORT OF PARTIAL CONSENT MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT</u>

In support of its Motion for Leave to File a Response to Plaintiff's Complaint by May 30, 2006, this defendant relies upon the following list of authorities:

1.      Fed. R. Civ. P. 7(b)(1).

2.      The record herein.

3.      The consent of co-defendant.

4.      The Court's equitable powers.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General for the District of Columbia
                        Civil Litigation Division


                        _____/s/_____
                        PATRICIA JONES [428132]
                        Chief, General Litigation, Section IV

_____/s/_____
LEAH BROWNLEE TAYLOR  [488966]
Assistant Attorney General, D.C.
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202) 724-7854; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN ROBINSON,                          :
                                         :
         Plaintiff,                      :
                                         :
v.                                       :
                                         :          CV-06-171 (EGS)
US MARSHALS SERVICE, <u>et al.</u>,   :
                                         :
         Defendants.                     :
_____:

## <u>ORDER</u>

This matter, having come before the Court on Defendant District of Columbia's Partial

Consent Motion for Leave to File A Response to Plaintiff's Complaint, its supporting

Memorandum of Points and Authorities, and the entire record herein, it is, this _____ day

_____, 2006,

ORDERED, that the said motion be, and hereby is, GRANTED, and that the District

answer or otherwise respond to the complaint on or before May 30, 2006.

So ORDERED this _____ day of _____, 2006.

                                    _____
                                    The Honorable Judge Kennedy
                                    United States District Court
                                    for the District of Columbia

Copies to:

Mr. Robin Robinson
R19923-009
LEE COUNTY UNITED STATES
PENITENTIARY
P.O. Box 305
Jonesville, VA 24263

Leah Brownlee Taylor
Assistant Attorney General
General Litigation Division- Section IV

441 4th Street, NW, 6th Floor South
Washington, D.C. 20001

Karen Melnik
US Attorney's Offfice
555 Fourth Street, NW
Room E4112
Washington, DC 20530