UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN ROBINSON, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-06-0171 (HHK) |
| US MARSHALS SERVICE, <u>et al.</u>, | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

**DEFENDANT STEVE SMITH'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Defendant Steve Smith hereby moves, by and through undersigned counsel and pursuant to Fed. Civ. R. 12(b)(6), for an order dismissing Plaintiff's Complaint against him.[1]  As grounds therefor, the Defendant Smith states as follows:

1.)      Plaintiff's lawsuit as against defendant Smith may not be maintained as he has been sued in his official capacity as Warden and the District of Columbia, who is already a party defendant, is the proper defendant in this action.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

                                                           Respectfully submitted,

                                                           ROBERT J. SPAGNOLETTI
                                                           Attorney General for the District of Columbia

                                                           GEORGE C. VALENTINE
                                                           Deputy Attorney General
                                                           Civil Litigation Division

---

[1] There is no evidence that defendant Washington has been served with plaintiff's summons and complaint.  He is no longer a District of Columbia and undersigned counsel has not received any request for representation in this matter.  However, he would be entitled to dismissal for the same reasons defendant Smith should be dismissed from this action.

_____/s/_____
PATRICIA JONES [428132]
Chief, General Litigation, Section IV


_____/s/_____
Leah Brownlee Taylor [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295


CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2006, I caused a copy of defendant Steven Smith's Motion to Dismiss Plaintiff's Complaint to be mailed, postage prepaid, to:

Mr. Robin Robinson
R19923-009
LEE COUNTY UNITED STATES
PENITENTIARY
P.O. Box 305
Jonesville, VA 24263


_____/s/_____
Leah Brownlee Taylor [488966]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-06-0171 (HHK) |
| US MARSHALS SERVICE, <u>et al.</u>, | : |
| Defendants. | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
DEFENDANT SMITH'S MOTION TO DISMISS**

In support of his Motion to Dismiss Plaintiff's Complaint, defendant Steve Smith herein states as follows:

*PRELIMINARY STATEMENT*

On or about March 27, 2006, the plaintiff filed a complaint against the District of Columbia, Odie Washington, the Director of the DC Jail, Steve Smith, the Warden of the DC jail, Devon Brown, and the U.S. Marshal Service, claiming that on December 20, 2003, he was struck several times to the head and assaulted by another inmate with a gun. *See Complaint Generally.*

Plaintiff seeks damages against these defendants for his injuries he allegedly sustained as a result of the December 20, 2003, incident. For the foregoing reasons, Plaintiff's lawsuit against defendant Steve Smith should be dismissed.

### *ARGUMENT*

### *STANDARD FOR MOTION TO DISMISS*

Dismissal pursuant to Fed. Civ. R. 12(b)(6) is appropriate when a moving party has failed to set forth a claim for which he/she is entitled to relief. See Conley v. Gibson, 355 U.S. 41, 45-46 (1957) (holding compliant should be dismissed pursuant to Fed. Civ. R. 12 "unless it appears beyond doubt that the plaintiff can prove a set of facts in support of his claim which would entitle him to relief.") The purpose of a Fed. Civ. R. 12 (b)(6) motion is to test the formal sufficiency of a statement of the claim for relief; it is not a procedure for resolving a contest about the facts or merits of the case. See Frasier v. Gottifried, 636 A.2d 430, 432 (1994).

**A. The Lawsuit Against Defendant Smith is an Official-Capacity Suit and Dismissal Is Appropriate.**

Plaintiff has sued defendant Steve Smith in his official-capacity only. *See* Complaint, at ¶¶ 7-8.  There are no allegations in the Complaint that reflect that defendant had any personal knowledge of and/or involvement in the subject allegations to support a lawsuit against him in either his official or individual capacity.  *See* Complaint generally.  The U.S. Supreme Court has ruled upon the issue of official-capacity suits.  They have held that,

> Official-capacity suits..."generally represent only another way of pleading an action against an entity of which an officer is an agent." [Citation omitted.]  As long as the government entity receives notice and an opportunity to respond, an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity. [Citation omitted.] ...the real party in interest is the entity.  Thus, ... a plaintiff seeking to recover on a damages judgment in an official-capacity suit must look to the government entity itself.

*Kentucky v. Graham*, 473 U.S. 159 (1985).  Consequently, the District of Columbia is the proper party defendant, and the action against defendant Smith should be dismissed.

*CONCLUSION*

Plaintiff's claims against defendant Smith may not be maintained because plaintiff must look to the District for relief, and not defendant Smith.

WHEREFORE, defendant respectfully requests this Court dismiss the Plaintiff's complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PATRICIA JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
Leah Brownlee Taylor [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202) 724-7854; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON, | : |
|     Plaintiff, | : |
| v. | : |
| | :  CV-06-0171 (HHK) |
| US MARSHALS SERVICE, et al., | : |
|     Defendants. | : |
| _____ | : |

**O R D E R**

Upon consideration of the defendant Steven Smith's Motion to Dismiss, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED:   that the Motion is GRANTED for the reason set forth in defendant Smith's motion; and it is

FURTHER ORDERED:  that the plaintiff's Complaint against Steven Smith be DISMISSED.

_____
JUDGE, District Court of the District of Columbia

Copies to:

Mr. Robin Robinson
R19923-009
LEE COUNTY UNITED STATES
PENITENTIARY
P.O. Box 305
Jonesville, VA 24263