UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Robin Robinson,      )
    Plaintiff,      )
                  )                    Case No. 06- CV171 (HHK)
                  )
v.      )
                  )
                  )
U.S. Marshals Service et al.,      )
    Defendants.      )

BRIEF IN OPPOSITION TO THE DEFENDANT'S
MEMORANDUM OF POINTS AND AUTHORITIES
AND MOTION TO DISMISS OR FOR SUMMARY
JUDGEMENT.

Come now, the plaintiff herein, Robin Robinson through pro se, respectfully

, this response. Plaintiff requests this Honorable Court construe this plea-

liberally pursuant to Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff filed

suit against U.S. Marshals Service, Odie Washington, Steve Smith, District

Columbia for violating plaintiff's Fifth, Fourteenth and Eighth Constitutional

rights.

ARGUMENT ONE
PLAINTIFF CLEARLY STATES A CLAIM UNDER THE
42 U.S.C. § 1983 AGAINST THE U.S. MARSHALS
SERVICE

Plaintiff was serving a sentence at the United States Penitentiary Lee in

Jonesville Virginia. On September 25, 2003, Plaintiff was transferred to the D.C.

Jail by the U.S. Marshals Service. The Marshals did not ensure security and safety

of the plaintiff preceeding housing which is the approximate cause of plaintiff's

RECEIVED

JUN 2 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file GRANTED

Henry H. Kennedy, Jr.
United States District Judge

injury thereby constituting negligence. See Rizzo v. Goode, 423 U.S. 362, 370, 71

97 S.Ct. 598, 604, 46 L.Ed.2d (1976). This is a case where the U.S. Marshals taken

plaintiff from a safe place to a place of danger. The defendant had a job to do, and

they did not do it. The U.S. Marshal should have scrutinize the D.C. Jail before

transferring plaintiff there. Because of their failure to do their job was so likely

to result in the violation of plaintiff's constitutional right as to establish delib-

erate indifference . See Farmer v. Brennan, 515 U.S. 825, 837 (1994). To sustain a

cause of action under 42 U.S.C. § 1983, plaintiff must prove two elements: (1) he

suffered a deprivation of federal right secured by the constitution or a federal stat-

ute, and (2) the individual committing the act or omission causing the deprivation

acted under color of law. See Hale v. Tallapoosa County, 50 F.3d 1579, 1581 (11th Cir.

1995). As stated above, the plaintiff contends that plaintiff was struck several times

in the head and eye and the right side of plaintiff's face. It is elementary that a

complaint should not be dismissed under 12(b) (6) for failure to state a claim "unless

it appears beyond a reasonable doubt that the plaintiff can prove no set of facts in

support of his claim would entitle him to relief," Conley v. Gibson, 355 U.S. 41, 45-

46 (1957).

## ARGUMENT TWO
## DEFENDANTS SHOULD NOT BE ENTITLED
## FOR SUMMARY JUDGEMENT.

Summary judgement should is to be granted only if there is no genuine issue as

to any material fact and that the moving party is entitle to a summary judgement as

a matter of law. Rule 56(c), Fed. R. Civ. P. A "material" fact is one that might

affect the outcome of the suit under the governing law. Anderson v. Liberty Inc.,

477 U.S. 248 (1986).

Under the Eighth Amendment an inmate must be protected by the defendants. See
Bell v. Wolfish, 441 U.S. 520, 99 S.Ct. 1861, 60 L.Ed.2d 447 (1979).

### CONCLUSION

Plaintiff respectfully requests the court to grant plaintiff brief in opposition
to the defendants' Memorandum of Points and Authorities and Motion to Dismiss or for
Summary Judgement.

## CERTIFICATE OF SERVICE

I hereby, certify on the  *19*  day of  *MAY* , 2006, that a

copy of the foregoing plaintiff brief in opposition to the defendant's Memorandum

of Points and Authorities and Motion to Dismiss or For Summary Judgement were mailed

by regular, U.S. Mail, postage prepaid to Kenneth L. Wainstein for the defendants at

555 4th Street N.W. Washington, D.C. 20530.

Respectfully submitted,  *# 19923·009*

Robin Robinson

5

UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA


Robin Robinson,                    )
        Plaintiff,                 )
                                   )
                                   )          Case No. 0-6CV171
                                   )                  (HHK)
v.                                 )
                                   )
                                   )
U.S. Marshals Service et al.,      )
        Defendants.                )
_____)


PLAINTIFF'S MOTION IN OPPOSITION
TO DEFENDANTS MOTION TO DISMISS


    Comes now, the plaintiff herein Robin Robinson is currently incarcerated

at the United STates Penitentiary, Lee County Virginia, and through pro se,

respectfully moves this court upon the above entitled matter pursuant to Fed-

eral Rules of Civil Procedure 56 plaintiff files this opposition response. For

the reasons set forth more fully in the attached brief plaintiff respectfully

request that this court deny defendant's motion to dismiss plaintiff's claims

in their entirety.


                                        Respectfully submitted,

                                        Robin A. Robinson
                                        R: 19923-009
                                        U.S.P Lee County
                                        P.O. Box 305
                                        Jonesville, VA 24263

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Robin Robinson,           )
        Plaintiff,        )
                          )                    Case No. 06-CV171
                          )                              (HHK)
v.                        )
                          )
                          )
U.S. Marshals Service et at.,  )
        Defendants.       )
_____

AFFIDAVIT IN SUPPORT OF PLAINTIFF BRIEF IN
IN OPPOSITION TO THE DEFENDANTS' MEMORANDUM
OF POINTS AND AUTHORITIES AND MOTION FOR
PARTIAL SUMMARY JUDGEMENT.

I, Robin Robinson, give the following affidavit in support of the "true matters
involved in the present case. I am competent to testify in any court of law having
first hand knowledge of the "true" facts stated below and after being duly sworn, do
state and depose as follows:


A: Plaintiff was assaulted by an inmate with a gun.

B: Inmate struck plaintiff with a gun several times in the head and eye and the right
    side of plaintiff's face.

Karen L. Melnik
Asistant United States
Attorney
555 4th Street Attorney
Washington, DC 20530


Odie Washington. Director
D.C. Department of Corrections
1923 Vermont Avenue, N.W.
Washington, D.C. 20001


Steve Smith, Warden
D.C. Department of Corrections
1901 D. Street, S.E.
Washington D.C. 20003


District of Columbia
District Building Suite 520
1350 Pennsylvania Avenue, N.W.
Washington D.C. 20004.