Exhibit 1

Robert Robinson
#19923-009
United States Penitentiary
P.O Box 305
Jonesville VA 24263

Steve Smith
Warden
D.C. Department of Corrections
1901 D Street S.E.
Washington. D.C. 20003

Dear. Mr Smith.

I am Writing to you in regard to my complaint. The U.S. Marshal service retrieved custody of Plaintiff from U.S.P. Lee County within the federal Bureau of Prison in September of 2003 for transportation to D.C. Jail to be resentence at the Superior Court of the District of Columbia. While at the D.C. Jail Plaintiff was assaulted by an inmate with a gun at the D.C. Jail. The City, and Jail officials are responsible for the safety of the Plaintiff because of the D.C. Jail failed to protect Plaintiff. Thereby constituting negligence and liable to Plaintiff for monetary damages. See the attached paper.

relief requested: I am seeking compensation for my injurys.

*[signature]*

FED. # 19923009

D.C. DC. 215382

May 23, 2005
Misty Nichols Notary
My commission expires
12-3-2008

Grievance to the Warden (level) 1

I am filing My level (1) grievance today's date is 5/18/05. My complaint is that on 12/20/03. at approximately 1:20 P.M. I was assaulted by a inmate with a gun. The Plaintiff was struck several times to the Head by the gunman. as a result the Plaintiff Suffers Mental, and Emotional stress, and Consumed Pyschotropical Medicines to Subdue Apprehension, and anxiety.

relief requested: I am seeking compensation for my injurys.

Grievance to the Director (Level) II. I have attached a copy of the level I grievance that I filed on 5/24/05. I did not receive a response within 15 days. I am now exercising my right to grieve to the next level "under D.O. 4030.1D." My complaint is that on 12/20/03. at approximately 1.20 P.M I was assaulted by a inmate with a gun. The Plaintiff was struck several times to the Head by the gunman. as a result the Plaintiff suffers mental and emotional stress, and consumed pyschotropical medicines to

subdue apprehension, and anxiety.

Relief Requested. I am seeking compensation for my injurys.

Notory: Misty Nichoes
My commission expires 12-31-05
Date: June 14, 2005