Exhibit 2

Robin Robinson
#19923-009
#D.C.D.C. 215382
U.S.P Lee County
P.O. Box 305
Janesville VA 24263

To: The Director of
Department of Correction
1923 Vermont AV
Washington D.C. 20008.

Dear Director,

I am writing to you in regard to my complaint the U.S Marshal Service retrieved custody of Plaintiff from U.S.P Lee County within the federal Bureau of Prison on September of 2003 for transportation to D.C. Jail to be resentence at the Superior Court of the District of Columbia. While at the D.C. Jail Plaintiff was assaulted by an inmate with a gun at the D.C. Jail. The city and Jail are responsible for the safety of the Plaintiff because of the D.C. Jail failed to protect Plaintiff, thereby constituting Negligence and liable to Plaintiff for Monetary damages see the attached paper.

if Unaddressed.

Sincerely;

P Signature [signature]

July 12, 2005
by [illegible] Nichols, notary
My commission expires 12-31-2008