Exhibit 3

Robin Robinson
#19923-009
U.S.P. Lee County
P.O. Box 305
Jonesville VA 24263

To: Office of the Mayor
For The District of Columbia

Re: Notice of Intent
to Sue Prisoner 42
U.S.C 1983 for assault
emotional Stress, mental
and apprehension anxiety
Negligence...

I the Undersigned Robin Robinson Due Hereby formally inform the Mayor Under D.C Code SEC 12-309 of My Intent to Seek Compensation for mental and emotional stress, apprehension anxiety. This incident took place on 12/20/03.

The City and Jail are responsable for the Safety of the prisoner that is in there custody to the extent if sumthing Happen to inmate while He is in the custody of the Jail dereliction was the proximate cause of

inmate injury thereby constituting negligence and liable to inmate for monetary damages.

on 12/20/03. at approximately 1.20 P.M. the inmate was assaulted by a inmate with a gun. The inmate was struck several time to the Head by the gunman. as a result the inmate suffers Mental, and emotional stress and consumed pyschotropical me--dicines to subdue apprehension and anxiety...

Inmate seek compensation Monet--ary damages of one ($100,000,000.00) Hundred Million dollars.

Repeated attempts to resolve the issue by writing letter, and by way of the administrative remedy procedure inmate grievance Have been to No avail...

therefore I've no other recourse but To seek compensation, or Monetary damages for assault emotional stress



# DISTRICT OF COLUMBIA GOVERNMENT
## OFFICE OF RISK MANAGEMENT
### Risk Financing Division

Kelly Valentine
Interim Chief Risk Officer

June 30, 2005

Robin Robinson
#19923-009
USP Lee County
Janesville, VA 24263

Claim Date:    6/28/2005
Claim No.:    DMPSJ007396

Dear Mr. Robinson:

This will acknowledge receipt of your letter notifying the Mayor of a claim against the District of Columbia. Your letter was received in the D.C. Office of Risk Management on 6/29/2005. Your claim has, today, been assigned to me

An inquiry has been submitted to the D.C. Department of Correction for any/all information pertaining to this incident. Once this documentation has been received and reviewed, we will, immediately, notify you of our findings.

If you have not already done so, please send the following information to expedite the claims process; (your social security and /or business tax identification number; telephone number; and any documents showing ownership; cost, damage repair estimates; medical bills and/or other documents which bear on the validity or amount of your claim).

When sending additional documents/information, please refer to the claim number identified above and address it to me at:

*Office of Risk Management*
*Claims Bureau*
*441 4th Street N.W.*
*Suite 800 South*
*Washington, D.C. 20001*

This letter does not waive the District of Columbia's right to timely and complete notice within six months of the incident as required by D.C. Code Section 12-309.

Sincerely,

Anthony E. Carson, CSA, SEM
Claims Specialist
DCORM Claims Bureau

441 4th Street NW; Suite 800 South; Washington, DC 20001; (202) 727-8600 (202) 727-8319 fax

Robin Robinson
#19922-009
U.S.P. Lee County
P.O. Box 305
Jonesville V.A. 24263

Gerald M. Auerbach
General Counsel
U.S. Marshals Service
Headquarters Building
CS-3, 12th floor
Washington D.C 20530

Dear Auerbach,

The U.S. Marshal Service retrieved custody of inmate from U.S.P.-Lee County, within the federal Bureau of Prison on September of 2003 for transportation to D.C. Jail to be resentence of the Superior Court of the District of Columbia. The U.S. Marshal Service did not ensure security and safety of the inmate preceding housing. On 12/20/'03, inmate was assaulted by an inmate with a gun at D.C Jail since the U.S. Marshal Service did not scrutinize D.C. Jail before transfer and inmate suffered said injury. The U.S. Marshal Service dereliction was the proximate cause of inmate injury. The above

constituting negligence and liable to inmate for monetary damages of one ($100,000,000.00) Hundred Million dollars.

On 12/20/03 at approximately 1-20 P.M the inmate was assaulted by a inmate with a gun. The inmate was struck several times to the Head by the gunman. As a result the inmate suffers mental and emotional stress and consumed pyschotropical medicine to subdue apprehension and anxiety.

Sincerely:

Robin Robinson

June 14, 2005
Misty Nichols, Notary
My commission expires 12-31-08

Robin Robinson
#19923-009
DCDC No. 21538 2
U.S.P Lee County
P.O. Box 305
Jonesville V.A. 24263

July 12. 2005

To: Anthony E Carson
Office of Risk Management
Claims Bureau
441 4th Street N.W
Suite 800 South
Washington D.C. 20001

RE: Claim # DMPSJ007396.

Mr Carson,

    I am just in receipt of your correspondence and because of time constructs, I forward my response imediately...

My 42 U.S.C 1983 Claim against the District of Columbia government derives from inmate being in the D.C. Jail custody and was ASSAulted by A inmate with a gun. The City and Jail are responsable for the safety of the

prisoner that is in there custody. My D.C.D.C. Number's 2153828 on 12/20/03 at approximately 1:20 P.M. the inmate was assaulted by a inmate with a gun the inmate was struck several time to the Head by the gunman as a result the inmate suffers mental and emotional stress and consumed pyschatropical medicines to subedue apprehension and anxiety. I have file Under pails I.G.P. remedy... I not get a response, as of yet. Where by I submitted My Notice of Intent to sue...

Exhaustion of Internal Remedy

I.G.P.

See: 42 U.S.C. See 1997 (E)(A) 2000

See: Smith VS Mensiger 293 F 3d 641 647 exhaustion requirements is an affirmative definite which can be Waived

this is a level 3 grievance this is appeal to the Director of Department of Corrections. I have attached a copy of the level 1 and 2 grievance that I filed on 5/18/05. and on the 5/24/05 I did not receive a response within 15 days. I am now exercising my right to grieve to the next level under D.O 4030 1D. at approximately 1.20 P.M. I was assaulted by a inmate with a gun. The Plaintiff was struck several time to the Head by the gun man as a result the Plaintiff suffers

mental, and emotional stress and consumed Pyschotropical medicines to subdue apprehension and anxiety.

relief requested: I am seeking compensation for my injurys.

x [signature]

July 10, 2005
Misty Nichols, notary
My commission expires 12-31-2008