Exhibit 4

MARCH 21, 2003    M1    DC

THE DISTRICT

METRO

THE WASHINGTON POST

# ...es Hurt in D.C. Jail Shooting

In an interview, D.C. Corrections Director Odie Washington declined to discuss details of the gunfire, citing the investigation. He said the jail—the city's main detention facility—had taken steps to prevent weapons and drugs from getting inside.

Washington said that weapons are smuggled into every jail.

"We think that we have put in place significant features to insure a safe and secure jail," Washington said. "The investigation hopefully will determine how exactly this weapon came into the jail."

D.C. Council member Kathy Patterson (D-Ward 3), who chairs a committee that oversees the jail, said there are management problems at the facility. She said she was briefed by a senior corrections official who told her that the gun was smuggled inside.

"The idea of a gun being smuggled into the jail raises serious concern about safety," Patterson said.

Patterson said that despite Washington's assertion that all jails have such problems, the D.C. jail has more security failures than many corrections facilities.

"I don't buy that every jail has drugs, every jail has guns and every jail has murders," Patterson said.

The U.S. attorney's office in Washington launched an investigation in the spring into how inmates were able to get weapons and drugs into the D.C. jail. According to documents unsealed in August in federal court, the investigation stemmed in part from the discovery that one high-profile prisoner, Bryan Bostick, was selling drugs from his cell and was able to get contraband and had numerous visits from his girlfriend, relatives and people with criminal histories—all in violation of a federal judge's order.

U.S. Attorney Roscoe C. Howard Jr. said in the fall that the jail security investigation was a high priority for his office and that agents were examining whether corrupt guards might be allowing unauthorized visitors and contraband to slip past checkpoints.

The jail, at 19th and D streets SE, has a history of serious problems. In March, a U.S. District Court judge ended 32 years of court oversight that resulted from two lawsuits. Courts ordered reforms to address crowding, deficient health care and ventilation and plumbing problems. In 2002, an inmate was stabbed to death in the jail.



Police officers investigate after four inmates were wounded in the shooting at the D.C. jail.

BY DUDLEY M. BROOKS—THE WASHINGTON POST

Patterson said the jail is crowded, which prisoner advocates have said can contribute to violence. Washington, however, said that the jail is under its capacity.

Yesterday, half a dozen corrections officers said in interviews that they had been barred from speaking with reporters.

The jail was placed on lockdown after the shooting, Tony Bullock, spokesman for Mayor Anthony A. Williams (D), said the mayor was concerned about the violence and was calling for a full investigation.

Staff writers Sewell Chan and Carol D. Leonnig contributed to this report.