## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**ROBIN ROBINSON,**

                       Plaintiff;

Vs.                                                 **CASE NO:  06CV171 (HHK)**

**U.S. MARSHALLS SERVICE, et al.,**

                       Defendant(s);

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

    Please enter  my appearance as counsel in this case for Plaintiff Robin Robinson.

    I certify that I am admitted to practice in this court:

December 4, 2006

                                          By:_____/s/ JAMES Q. BUTLER____
                                                 James Q. Butler, Esq.  #490014
                                                 Attorney at Law
                                                 Butler Law Firm
                                                 818 18th Street, 10th Floor
                                                 Washington, D.C.  20006
                                                 Telephone: (202) 223-6767
                                                 Facsimile:  (202) 223-3039