UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ROBIN ROBINSON,**
                              Plaintiff;

Vs.                                                         **CASE NO:  06CV171 (HHK)**

**U.S. MARSHALLS SERVICE, et al.,**

                              Defendant(s);

**MOTION FOR LEAVE TO AMEND**

      **COMES NOW THE PLAINTIFF**, through James Q. Butler, attorney at law, a member of the bar of this court, and in support of his motion for leave to amend hereby states as follows:

      Federal Rule of Civil Procedure, Rule 15(a) states in part:  "Amendments may amend once as a matter of course before responsive pleading is served; may otherwise amend only by permission of court, but "leave shall be freely given when justice so requires."

      In the instant matter we have a pro se litigant who filed a complaint. The complaint requires amendment to comply with the rules.

      This counsel has filed his notice of appearance simultaneously with this pleading.

      This case is highly unusual as it revolves around an operative set of facts wherein the defendants, through their collective negligence, allowed "WEAPONS" (emphasis added) in the form of "HANDGUNS" (emphasis added, to be brought into the D.C. Jail.

The defendants have simply attempted to use canned motions to dismiss to avoid answering the obvious question of "WHAT ARE HANDGUNS DOING IN A JAIL". (emphasis added)

Perhaps most curious is the defendants attempt to rely on exhaustion of administrative remedy arguments regarding D.C. Claims and P.L.R.A.  These arguments are spurious as this counsel is unaware of any remedy that would rectify bringing a handgun into a jail.

This is not a religious claim, medical claim, housing claim or food service claim that lends itself to administrative remedy.

This is a "HANDGUN" inside the jail claim. There is no administrative remedy for such a claim. I invite the defendants to show otherwise.

**WHEREFORE ALL PREMISES CONSIDERED,** the plaintiff prays leave to amend.

December 4, 2006

By:_____/s/ JAMES Q. BUTLER____
James Q. Butler, Esq.  #490014
Attorney at Law
Butler Law Firm
818 18th Street, 10th Floor
Washington, D.C.  20006
Telephone: (202) 223-6767
Facsimile:  (202) 223-3039