UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


**ROBIN ROBINSON,**

                Plaintiff;

Vs.                                    **CASE NO:  06CV171 (HHK)**

**DISTRICT OF COLUMBIA,**

                Defendant(s);


## MOTION FOR LEAVE TO AMEND COMPLAINT

      **COMES NOW THE PLAINTIFF**, through James Q. Butler, attorney at law, a member of the bar of this court, and in support of his motion for leave to amend hereby states as follows:

      Federal Rule of Civil Procedure, Rule 15(a) states in part:  "Amendments may amend once as a matter of course before responsive pleading is served; may otherwise amend only by permission of court, but "leave shall be freely given when justice so requires."

      In the instant matter we have a pro se litigant who filed a complaint. The complaint requires amendment to comply with the rules.

      This counsel has filed his notice of appearance previous to this pleading.

      This case is highly unusual as it revolves around an operative set of facts wherein the defendant, through its negligence, allowed "WEAPONS" (emphasis added) in the form of "HANDGUNS" (emphasis added, to be brought into the D.C. Jail.

Defendants, U.S. Marshall's Service, Odie Washington, and Steve Smith, have moved to dismiss based upon various premise outlined in their respective motions. Upon review plaintiffs counsel is of the opinion that these defendants are irrelevant to the matter. The plaintiff, hereby agrees to the dismissal of defendants U.S. Marshall's Service, Odie Washington, and Steve Smith, without prejudice, as facts developed may lead to renaming these defendants at a future date, upon completion of discovery.

The defendant has amended the complaint herein to reflect the facts as they relate to the remaining defendant, the District of Columbia. The amended complaint is served simultaneously with this motion.

**WHEREFORE ALL PREMISES CONSIDERED,** the plaintiff prays leave to amend.

January 10, 2007

By:_____/s/ JAMES Q. BUTLER____
James Q. Butler, Esq.  #490014
Attorney at Law
Butler Law Firm
818 18th Street, 10th Floor
Washington, D.C.  20006
Telephone: (202) 223-6767
Facsimile:  (202) 223-3039