UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN ROBINSON,

    Plaintiff,

        v.                        Civil Action No.  06-171 (HHK)

U.S. MARSHALS SERVICE, et al.,

    Defendants.

**ORDER**

Plaintiff, proceeding *pro se,* brought this action pursuant to 42 U.S.C. § 1983 and District of Columbia law alleging that his constitutional rights were violated by defendants, the United States Marshals Service, the District of Columbia, Steve Smith, the Warden of the District of Columbia Jail, and Odie Washington, the former Director of the District of Columbia Department of Corrections.   Defendants responded to the complaint by filing motions to dismiss (#s13, 17 and 18) .

Plaintiff has now retained counsel and has moved to file an amended complaint. Upon consideration of the submissions of the parties and the record of this case, it is this 1st day of February, 2007, hereby

ORDERED  that plaintiff's motions to amend his complaint (#s 23 and 24) are DENIED as the motions are moot because plaintiff has the right to amend his complaint once as a matter of course before the filing of a responsive pleading. See Fed.R.Civ.P 15 (a); and it is further

ORDERED that the proposed amended complaint that accompanies plaintiff's motion to

amend is deemed filed as of the date of the docketing of this order; and it is further

ORDERED that defendants' motions to dismiss (#s13,17, 18] are DENIED as they are moot.[1]

                                                    HENRY H. KENNEDY, JR.
                                                    United States District Judge

---

[1] The United States Marshals Service, Odie Washington, and Steve Smith are not named as defendants in the amended complaint.