UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON,        Plaintiff, | : : : : |
| v. | : :    CV-06-0171 (HHK) |
| DISTRICT OF COLUMBIA,        Defendant. | : : : : |

**CONSENT MOTION FOR LEAVE TO LATE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the defendant, hereby moves to late file a response to plaintiff's Amended Complaint, and as grounds therefor states as follows:

1. Undersigned counsel was preparing for trial in the case of *Greene and Burns v. DC*, C.A. No. 04-4017, filed in the Superior Court for the District of Columbia, and inadvertently failed to file a responsive pleading to plaintiff's amended complaint in above-referenced action.

2. Fed. Rule Civ. Proc. 6(b) provides that: "…[T]he court for cause shown may at any time it its discretion…(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

3. The failure to act was the result of the press of other business and excusable neglect, and the defendant respectfully requests leave to late file its response to plaintiff's amended complaint *nunc pro tunc*.

4. The defendant's motion to dismiss is being filed contemporaneously with this motion.

5. Plaintiff consents to the relief requested in this motion.

.Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7.1(m)

I hereby certify that on April 3, 2007, the undersigned counsel contacted the plaintiff's counsel, and he consented to the relief sought in this motion

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-06-0171 (HHK) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR LEAVE TO LATE FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

In support of its Motion, the defendant relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. The record herein.

4. The plaintiff's consent

Respectfully submitted,
LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ _____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

3

       /s/ _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-06-0171 (HHK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| _____: | |

## **ORDER**

Upon consideration of the District of Columbia's Motion for Leave to Late File a Response to Plaintiff's Amended Complaint, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth therein; and it is,

FURTHER ORDERED: that the defendant's attached response to plaintiff's amended complaint is accepted for filing.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA