UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN ROBINSON,<br><br>    Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No.  06-171 (HHK) |

ORDER

In accordance with the Memorandum Opinion issued this 2nd day of July, 2007, it is

ORDERED that defendant's motion to dismiss [28] is GRANTED.  It is

FURTHER ORDERED that the case is DISMISSED.

_____/s/_____
HENRY H. KENNEDY, JR.
United States District Judge