Received
Mail Room
recd LC 7/16/07
JUL 1 6 2007
United States Courts of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Robin Robinson, | ) |
| | ) |
| Appellant, | ) |
| | ) Civil Action No. 06-171 (HHK) |
| | ) |
| v. | ) |
| | ) |
| District of Columbia, | ) |
| | ) |
| Appellee. | ) |
| | ) |

## MOTION FOR LEAVE TO APPEAL

COMES NOW the Appellant, Robin Robinson, by and through his undersigned

counsel, James Q. Butler, and states as follows:

On July 2, 2007 United States District Court Judge Henry H. Kennedy, Jr. filed an

Order and Memorandum Opinion in which he granted the Appellee's motion to dismiss

the Appellant's complaint. We respectfully request that this honorable court grant this

MOTION FOR LEAVE TO FILE AN APPEAL so that we may appeal Judge Kennedy's

Order and Memorandum.

Dated __11__ July 2007.

Respectfully submitted,

By: _____
James Q. Butler, Esq. #490014
Butler Legal Group, PLLP
818 18th Street, NW
Suite 1010
Washington, DC 20006
P: 202-223-6767
F: 202-223-3039

CERTIFICATE OF SERVICE

I, James Q. Butler, Esq., hereby certify that on ___11___ July 2007, I caused the

original and one true and correct copy of the foregoing MOTION FOR LEAVE TO FILE

AN APPEAL to be delivered to the Clerk of the United States Court of Appeals for the

District of Columbia Circuit and one copy to be delivered to each of the below-mentioned

parties:

Clerk of the Court
United States Court of Appeals, District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Mr. Robin Robinson
Reg. No. 19923-009
United States Penitentiary
Lee County
P.O. Box .305
Jonesville, VA 24263

Karen L. Melnik, Esq.
United States Attorney's Office
555 Fourth Street, NW
Room E4112
Washington, DC 20530

Leah Brownlee Taylor, Esq.
Office of the Attorney General
441 Fourth Street, NW
6th Floor - South
Washington, DC 20001-2714

By: _____
            James Q. Butler

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Robin Robinson, ) | |
| ) | |
|     Appellant, ) | Civil Action No. 06-171 (HHK) |
| ) | |
| ) | |
|     v. ) | |
| ) | |
| District of Columbia, ) | |
| ) | |
|     Appellee. ) | |

ORDER

This Court, having considered the Appellant's MOTION FOR LEAVE TO FILE

AN APPEAL hereby *GRANTS* the motion.

Dated this _____ of _____ 2007.


_____
United States Court of Appeals Judge